UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 12, 2000

*[Stamp: FILED, LODGED, ENTERED, RECEIVED JUN 14 2000 CLERK U.S. DISTRICT OF MARYLAND, BY ___ DEPUTY]*

MEMORANDUM TO MR. SIMMS RE:   Ablesoft, Inc. v.
Theodore Angle, et al.
Civil #L-00-932

Dear Mr. Simms:

The court file reflects that a summons was issued on April 3, 2000, but there is no indication that the defendants have been served. Accordingly, you are directed to advise the Court, in writing, on or before June 23, 2000, as to the date when service was effected. If the defendants are unserved, describe your efforts, both past and present, for effecting service.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

