IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ABLESOFT, INC.**        *
      **Plaintiff**

                         *

vs.                          Civil No.: L-00-932

                         *

**THEODORE ANGLE, et al.**
      **Defendants**        *

\*\*\*\*\*\*

## SETTLEMENT ORDER
## (LOCAL RULE 111.1)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 90 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 6/27/00                          _____
                                               Benson Everett Legg



## GREBER & SIMMS
A Partnership of Professional Corporations

J. STEPHEN SIMMS, P.C.
JSSIMMS@GSLAW.COM

June 23, 2000

Hon. Benson E. Legg
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  Ablesoft v. Angle and AbleSoft Solutions,
     Civil Action No. L-00-32̶ 932

Dear Judge Legg:

We write in response to the Court's June 12th letter.

Defendants were personally served on April 15, 2000. Afterwards the parties began settlement discussions.

We are pleased to report that the parties have settled the case. The case concerned trademark rights to the Internet domain name, ablesoft.com. As a part of the settlement, defendants agreed to formally transfer the domain name to Ablesoft. This requires, however, a procedure with Network Soluntions, the national domain name registrar. Although all forms are completed, Network Solutions takes a month or so to transfer the name, and sometimes during the transfer questions arise that increase the process.

Consequently we would ask that the Court enter a 90 day Rule 111 Settlement Order, so that the process can be complete with Network Solutions before the case is dismissed with prejudice.

Respectfully Submitted,

J. Stephen Simms

TWENTY SOUTH CHARLES STREET • SUITE 702 • BALTIMORE, MARYLAND 21201
Telephone 410.783.5795 • Facsimile 410.783.1368 • URL www.gslaw.com
Offices also in Frederick, Maryland